FILED

12/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0478

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0478

_____

TAMMY BOUDETTE, n/k/a TAMMY
OSKERSON,

      Petitioner and Appellee,

  v.

                                      O R D E R

DANIEL BOUDETTE,

      Respondent and Appellant.

_____

Appellant Daniel Boudette was granted an extension of time to file and serve the opening brief on or before December 1, 2023. The opening brief is now overdue.

IT IS THEREFORE ORDERED that Appellant shall prepare, file, and serve the opening brief on appeal no later than January 8, 2024. Failure to file the brief within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide copies of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 7 2023